IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel*. CRAIG FISHER,<br><br>*Plaintiff*s,<br><br>v.<br><br>OROVILLE HOSPITAL,<br><br>*Defendant*. | Case No. 2:22-cv-01829-JAM-SCR<br><br>**ORDER** |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the Plaintiff-Relators filed a Notice of Voluntary Dismissal. Upon consideration of the Notice and the filings docketed in this action,

**IT IS HEREBY ORDERED:**

1. This case is dismissed with prejudice to the United States and California as to the Covered Conduct consistent with the terms of the Settlement Agreement and without prejudice to the United States and California as to all other allegations in the Complaint;

2. This case is dismissed with prejudice to Relator Fisher as to all claims asserted in the above captioned case.

As all claims are now dismissed, this case shall be closed.

**IT IS SO ORDERED.**

Dated: January 2, 2025           /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
2